Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*if known*): _____ Chapter **11** _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Kensington Village Apts, LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 87-3995526 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | 50 Chestnut Ridge Rd |
| Number       Street | Number       Street |
| | #205 |
| | P.O. Box |
| City                          State      ZIP Code | Montvale                NJ      07625 |
| | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | 3465 Kensington Rd |
| County | Number       Street |
| | Decatur                GA      30032 |
| | City                          State      ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Kensington Village Apts, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Avondale Homes 2, LLC   Relationship Affiliate

District Northern District of Georgia   When 03/21/2025
MM / DD / YYYY

Case number, if known _____

| Debtor | Kensington Village Apts, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor   Kensington Village Apts, LLC
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/21/2025
　　　　　　　　MM  / DD / YYYY

✖ /s/ Samuel Pollak                          Samuel Pollak
Signature of authorized representative of debtor   Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ William Rountree                     Date   03/21/2025
Signature of attorney for debtor                  MM  / DD / YYYY

William Rountree
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number      Street
Atlanta                                    GA        30329
City                                       State     ZIP Code
404-584-1238                               wrountree@rlkglaw.com
Contact phone                              Email address

616503                                     GA
Bar number                                 State

---

Kensington Village Apts, LLC

Debtor _____                    Case number *(if known)*_____
First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Avondale Homes, LLC   Northern District      03/21/2025
                       of Georgia**

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Fill in this information to identify the case: |
|---|
| Debtor name       Kensington Village Apts, LLC |
| United States Bankruptcy Court for the:  Northern District of Georgia |
| Case number (If known):  _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DeKalb County Watershed Dept 774 Jordan Lane Suite 200 Decatur, GA, 30033 | | Utility Services | Disputed | | | 1,574,956.12 |
| 2 | K C Grading LLC 2410 Stroud Rd Jackson, GA, 30223 | | Suppliers or Vendors | | | | 90,000.00 |
| 3 | DeKalb County Sanitation Division 3720 Leroy Scott Drive Decatur, GA, 30032 | | Services | | | | 89,598.19 |
| 4 | A&M General Remodeling 1397 Cherokee Trail LAWRENCEVILLE, GA, 30043 | | Suppliers or Vendors | | | | 74,651.02 |
| 5 | Brown Industrial Brokers 1400 E Higgins Rd Ste A Elk Grove Village, IL, 60007 | | Services | | | | 63,210.00 |
| 6 | Gas South PO Box 530552 Atlanta, GA, 30353 | | Utility Services | | | | 45,936.09 |
| 7 | IZMA CONSTRUCTION LLC 5933 Old Town Place Norcross, GA, 30093 | | Suppliers or Vendors | | | | 33,020.00 |
| 8 | A1 Quality Property Solutions 1795 Ivy Stone Ct Buford, GA, 30519 | | Suppliers or Vendors | | | | 27,932.00 |

Debtor     Kensington Village Apts, LLC
_____          Case number (*if known*)_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  North Point Management 128 Millport Cir Ste. 200 Greenville, SC, 29607 | | Services | | | | 26,362.23 |
| 10  Resurgens Security Services LLC. 696 Charlotte Pl NW Atlanta, GA, 30318 | | Suppliers or Vendors | | | | 20,528.64 |
| 11  ALLY WASTE SERVICES, LLC 325 S. Higley Rd Gilbert, AZ, 85296 | | Suppliers or Vendors | | | | 14,322.00 |
| 12  Georgia Power 96 ANNEX Atlanta, GA, 30396 | | Utility Services | | | | 14,056.49 |
| 13  Bedrock Realty Group 3709 Raeford Rd Fayetteville, NC, 28304 | | Suppliers or Vendors | | | | 8,349.64 |
| 14  EVERGREEN WASTE CORP PO BOX 250 Lawrence, NY, 11559 | | Suppliers or Vendors | | | | 6,431.75 |
| 15  Digible, Inc. Dept #999505 Denver, CO, 80217 | | Suppliers or Vendors | | | | 5,750.00 |
| 16  CSS Services National Eviction Solutions P.O. Box 451027 Atlanta, GA, 31145 | | Suppliers or Vendors | | | | 5,351.00 |
| 17  Casiano Landscape & Construction, LLC 1488 Willow Lake Drive Northeast Norcross, GA, 30093 | | Services | | | | 5,000.00 |
| 18  Massey Services INC. P.O. Box 547668 Orlando, FL, 32854 | | Suppliers or Vendors | | | | 4,600.00 |
| 19  JLM Renovations LLC 458 Savannah Rose Way Lawrenceville, GA, 30045 | | Suppliers or Vendors | | | | 4,525.00 |
| 20  TAM Temporary Apartment Management, Inc 2935 Horizon Park Drive Ste A Suwanee, GA, 30024 | | Suppliers or Vendors | | | | 4,312.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name ____Kensington Village Apts, LLC____

United States Bankruptcy Court for the: ____Northern District of Georgia____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule ____*

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/21/2025____        ✗ /s/ Samuel Pollak
               MM / DD / YYYY                    _____
                                               Signature of individual signing on behalf of debtor

                                               Samuel Pollak
                                               _____
                                               Printed name

                                               Managing Member
                                               _____
                                               Position or relationship to debtor

A&M General Remodeling
1397 Cherokee Trail
LAWRENCEVILLE, GA 30043

A1 Quality Property Solutions
1795 Ivy Stone Ct
Buford, GA 30519

ALLY WASTE SERVICES, LLC
325 S. Higley Rd
Gilbert, AZ 85296

AMRENT, INC
PO Box 640495
Pittsburgh, PA 15264

Apartment List Inc
PO Box 737097
Dallas, TX 75375

Bedrock Realty Group
3709 Raeford Rd
Fayetteville, NC 28304

Brown Industrial Brokers
1400 E Higgins Rd Ste A
Elk Grove Village, IL 60007

CAF Bridge Borrower AX, LLC
c/o CoreVest Finance
4 Park Plaza, Suite 900
Irvine, CA 92614

CAF Bridge Borrower CH, LLC
c/o Christopher Ezell
701 Brickell Avenue, Suite 3300
Miami, FL 33131

Canary Pool Service
1488 Willow Lake Drive Northeast
Atlanta, GA 30329

Casiano Landscape & Construction, LLC
1488 Willow Lake Drive Northeast
Norcross, GA 30093

Comcast
PO BOX 70219
PHILADELPHIA, PA 19176

CSS Services National Eviction Solutions
P.O. Box 451027
Atlanta, GA 31145

DeKalb County Sanitation Division
3720 Leroy Scott Drive
Decatur, GA 30032

DeKalb County Tax Commissioner
4380 Memorial Drive
Ste. 100
Decatur, GA 30032

DeKalb County Watershed Dept
774 Jordan Lane Suite 200
Decatur, GA 30033

Digible, Inc.
Dept #999505
Denver, CO 80217

Dispo Depot
2323 Perimeter Park Dr
Atlanta, GA 30341

EVERGREEN WASTE CORP
PO BOX 250
Lawrence, NY 11559

Flair Branding
PO Box 504
Monsey, NY 10952

Gas South
PO Box 530552
Atlanta, GA 30353

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Power
96 ANNEX
Atlanta, GA 30396

HBP Contractors & Consultants
PO Box 99
Forest Park, GA 30298

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

IZMA CONSTRUCTION LLC
5933 Old Town Place
Norcross, GA 30093

JLM Renovations LLC
458 Savannah Rose Way
Lawrenceville, GA 30045

John Boyle
PO Box 397
New Britain, CT 06051

K C Grading LLC
2410 Stroud Rd
Jackson, GA 30223

LeaseUp USA LLC
135 Havre Street
Unit 3
Boston, MA 02110

Massey Services INC.
P.O. Box 547668
Orlando, FL 32854

Mobile Modular Portable Storage
P.O. Box 45043
San Francisno, CA 94145

National Construction Rentals
PO Box 841461
Los Angeles, CA 90084

North Point Management
128 Millport Cir Ste. 200
Greenville, SC 29607

On Point Renovations LLC
5450 Glenridge Dr
Atlanta, GU 30342

Rent.com
P.O. Box 740925
Atlanta, GA 30374

Resurgens Security Services LLC.
696 Charlotte Pl NW
Atlanta, GA 30318

SmartRent Technologies, Inc
8665 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

System 5 Electronics, INC.
2820 Campbell Road, S.W.
Atlanta, GA 30311

TAM Temporary Apartment Management, Inc
2935 Horizon Park Drive Ste A
Suwanee, GA 30024

Y. Itzkowitz CPA PC
P.O. Box 601
Tallman, NY 10982

United States Bankruptcy Court

Northern District of Georgia

In re:  Kensington Village Apts, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/21/2025_____

/s/ Samuel Pollak
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor